# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | ANTHONY OLIVIERI & HEATHER LEANN TANNEHILL | |
| **Case Number:** | 2:09-bk-21136-SSC | **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 15, 2009 01:30 PM 7TH FLOOR #701 | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | |
| **Courtroom Clerk:** | LUANN BELLER | |
| **Reporter / ECR:** | ANDAMO PURVIS | |

### *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NATIONAL BANK OF ARIZONA

**R / M #:** 23 / 0

### *Appearances:*

NO APPEARANCES.

### *Proceedings:*

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on October 6, 2009 , by NATIONAL BANK OF ARIZONA ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

 x  The Motion is improperly captioned. Both Debtors are not named in the caption. See Local Rule 4001-1.

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on December 15, 2009 at 1:30 p.m..

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings on this matter.